IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31264
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

HUGH ROBINSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. CR-95-27-B
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Hugh Robinson appeals his sentence for possession of cocaine
with intent to distribute.  Robinson argues that the district
court clearly erred in holding him responsible for 9.961
kilograms of cocaine and in imposing a sentence enhancement for
obstruction of justice.  Having reviewed the record and the
briefs of the parties, we AFFIRM.  See United States v. Vital, 68
F.3d 114, 120 (5th Cir. 1995); United States v. Pofahl, 990 F.2d
1456, 1481-82 (5th Cir. 1993).

     AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.